file a brief as *amicus curiae* granted.   Certiorari denied.   ▮

No. 95–938.   IMMIGRATION AND NATURALIZATION SERVICE *v.* YUEH-SHAIO YANG, *ante*, p. 26;

No. 95–8942.   SHOEMAKER *v.* CALIFORNIA ET AL., *ante*, p. 991;

No. 96–336.   ELIASEN ET AL. *v.* ITEL CORP. ET AL., *ante*, p. 965;

No. 96–571.   SMITH *v.* MAIL-WELL ENVELOPE CO. ET AL., *ante*, p. 994;

No. 96–630.   PIERSON *v.* WILSHIRE TERRACE CORP., *ante*, p. 994;

No. 96–5086.   DWORZANSKI *v.* DWORZANSKI, *ante*, p. 878;

No. 96–5272.   TAYLOR *v.* MISSISSIPPI, *ante*, p. 994;

No. 96–5807.   HILL *v.* CITY & STATE FACTORS, INC., *ante*, p. 969;

No. 96–5944.   WESLEY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL., *ante*, p. 983;

No. 96–6083.   ROBINSON *v.* COURT OF COMMON PLEAS OF OHIO, CUYAHOGA COUNTY, *ante*, p. 997;

No. 96–6199.   BROWN *v.* CONTRIBUTORY RETIREMENT APPEAL BOARD ET AL., *ante*, p. 1015;

No. 96–6242.   JACKSON *v.* CHATER, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 985; and

No. 96–6296.   WILLIAMS *v.* VIRGINIA, *ante*, p. 998.   Petitions for rehearing denied.

No. 96–5836.   HOLLAR *v.* MYERS ET AL., *ante*, p. 969.   Motion for leave to file petition for rehearing denied.

JANUARY 17, 1997

No. 95–1918.   ARKANSAS *v.* FARM CREDIT SERVICES OF CENTRAL ARKANSAS ET AL.   C. A. 8th Cir.   Certiorari granted.   In addition to the questions presented by the petition, the parties